# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05 CR 251 |
| | ) | |
| PLAINTIFF | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER ACCEPTING PLEA |
| EDWARD LEE VAN CURA, SR. | ) | AGREEMENT AND JUDGMENT |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon the Report and Recommendation, see (Dkt. # 19), issued by United States Magistrate Judge George J. Limbert regarding the plea hearing and the plea agreement of Edward Lee Van Cura, Sr. which was referred to the Magistrate Judge upon the consent of the parties.

On May 25, 2005, the Grand Jury for the United States District Court for the Northern District of Ohio issued an Indictment against the Defendant charging violations of 26 U.S.C. § 7201. See (Dkt. # 1). The Defendant and the Government subsequently entered into a plea agreement whereby the Defendant agreed to enter a plea of guilty to five counts of violating said statute.

The Defendant appeared before Magistrate Judge Limbert on September 7, 2005 for a change of plea hearing, represented by counsel, Attorney Richard J. Donovan. The Defendant

thereafter entered a plea of guilty to Counts 1-5. Magistrate Judge Limbert received the Defendant's guilty plea and issued a Report and Recommendation recommending that this Court accept the plea and enter a finding of guilty. See (Dkt. # 19).

Neither party objected to the Report and Recommendation during the ten days following its issuance.

This Court has engaged in a *de novo* review of the record and hereby adopts the Report and Recommendation. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. Consequently, this Court finds that the plea was entered knowingly, intelligently, and voluntarily.

The Court therefore approves the Defendant's plea of guilty. The Defendant is **ADJUDGED** guilty of Counts 1-5 of the Indictment.

**IT IS SO ORDERED.**

**/s/ Peter C. Economus - October 3, 2005**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**